■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELVIS NEGRON, Appellant. [765 NYS2d 494] —Judgment, Supreme

Court, Bronx County (Ira Globerman, J.), rendered April 2, 2002, convicting defendant, upon his plea of guilty, of criminal contempt in the first degree, and sentencing him to a term of 1 to 3 years, unanimously affirmed.

Defendant knowingly and intelligently waived his right to appeal, and this waiver encompassed his excessive sentence claim (*see People v Hidalgo*, 91 NY2d 733 [1998]). Therefore, defendant "elect[ed] to foreclose review of [his] negotiated sentence" (*People v Seaberg*, 74 NY2d 1, 10 [1989]). In any event, were we to find that defendant did not validly waive his right to appeal, we would perceive no basis for reducing the sentence. Concur—Saxe, J.P., Sullivan, Williams, Lerner and Friedman, JJ.